1  **SOWD**
   STEVEN T. JAFFE, ESQ.
2  Nevada Bar No. 7035
   sjaffe@lawhjc.com
3  DANIEL C. TETREAULT, ESQ.
   Nevada Bar No. 11473
4  dtetreault@lawhjc.com

5        **HALL JAFFE & CLAYTON, LLP**
             7425 Peak Drive
6         Las Vegas, Nevada 89128
            (702) 316-4111
7          Fax (702) 316-4114

8  *Attorneys for Defendants Richard E. Butler*
   *and Western Express, Inc.*
9

10        **UNITED STATES DISTRICT COURT**

11            **DISTRICT OF NEVADA**

| | |
|---|---|
| MARIO LARA PEREZ, individually, | CASE NO. 2:20-cv-01502-CDS-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| RICHARD E. BUTLER; WESTERN EXPRESS, INC.; DOES I through X and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MARIO LARA PEREZ, and Defendants RICHARD E. BUTLER; WESTERN EXPRESS, INC., by and through their respective attorneys of record, that all of Plaintiff's claims in this matter against all Defendants be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

///

///

1

*MARIO LARA PEREZ VS.* **RICHARD E. BUTLER/WESTERN EXPRESS, INC**
*CASE NO. 2:20-cv-01502-CDS-BNW*
*STIPULATION TO DISMISS WITH PREJUDICE*

DATED this 7th day of September 2022.

HALL JAFFE & CLATON, LLP

_____
Steven T. Jaffe, Esq.
Nevada Bar No. 7035
Daniel C. Tetreault, Esq.
Nevada Bar No. 11473
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant*

DATED this 7th day of September 2022.

CRAIG P. KENNY & ASSOCIATES

_____
Bradley L. Kenny, Esq.
Nevada Bar No. 5033
501 S. Eighth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

**ORDER**

IT IS HEREBY ORDERED that all of Plaintiff's claims against all Defendants be dismissed, with prejudice, and each party shall bear their own fees and costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: September 21, 2022

*Respectfully submitted by:*

HALL JAFFE & CLATON, LLP

_____
Steven T. Jaffe, Esq.
Nevada Bar No. 7035
Daniel C. Tetreault, Esq.
Nevada Bar No. 11473
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendants*